IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| YURIY PRAKHIN, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) No. 14-924L |
| v. | ) <br> ) |
| | ) Hon. Stephen S. Schwartz |
| THE UNITED STATES OF AMERICA, | ) <br> ) |
| Defendant. | ) <br> ) |

## JOINT MOTION TO VACATE TRIAL AND STAY PROCEEDINGS

The Court's Final Pretrial Order dated May 25, 2023, ECF No. 145 ("Order"), directed trial to commence on June 6, 2023. Order at 1. On June 4, 2023, the parties reached a tentative settlement agreement, subject only to approval by the United States Department of Justice, which would completely resolve Plaintiff's claims. Thus, the parties request the Court vacate the June 6, 2023, trial date and order a stay of further proceedings.

The parties agree that if settlement does not occur for any reason and the case is re-set for trial, the current trial posture of the case will be fixed—that is, neither party could add witnesses, exhibits, or issues, unless mutually agreed to by the parties.

For the foregoing reasons, the Parties respectfully request that the Court: (1) vacate the June 6, 2023, trial; (2) issue an order staying this case pending review by the United States Department of Justice of the proposed settlement; and (3) issue an order adopting the parties' proposal that the trial posture of the case be frozen in the event that the case is re-set for trial.

Respectfully submitted on June 4, 2023,

| LAW OFFICE OF YURIY PRAKHIN | TODD KIM |
| | Assistant Attorney General |
| | Environment & Natural Resources Division |
| | United States Department of Justice |

/s/Anna Broxmeyer (by DJW with perm.)　　　/s/Dustin J. Weisman
GIL ZOHAR　　　　　　　　　　　　　　　　DUSTIN J. WEISMAN
ANNA BROXMEYER　　　　　　　　　　　　Trial Attorney
Law Office of Yuriy Prakhin　　　　　　　　　Natural Resources Section
1883 86TH Street 2nd Floor　　　　　　　　　999 18th Street
Brooklyn, NY 11214　　　　　　　　　　　　Denver, CO 80202
Telephone: (718) 946-5099　　　　　　　　　Telephone: (202) 305-0432
Facsimile: (718) 373-7614　　　　　　　　　Facsimile: (202) 305-0506
Gil@prakhinlaw.com　　　　　　　　　　　　dustin.weisman@usdoj.gov
AnnaB@prakhinlaw.com

*Counsel of Record for the United States*

ATTORNEYS FOR PLAINTIFF
YURIY PRAKHIN

Of Counsel:
Charles W. Johnson
U.S. Army Corps of Engineers
New York District